Anderson Butler Scott, Acting Corporation Counsel, Fisher & Phillips, Atlanta, GA, for Appellees and Defendant.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Debra Lasseter, an African American, appeals the district court's[1] adverse grant of summary judgment in her civil action alleging that, on account of her race, she was accused of shoplifting; was stopped, detained, questioned, and searched by police; and was banned from shopping at certain Dollar General Stores. After careful de novo review of the record, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir.2011), we find no trialworthy issues on any of the claims that Lasseter raises. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. We deny the motion for sanctions.

Pamela Harris, Mabelvale, AR, pro se.

Austin Porter, Jr., Little Rock, AR, for Appellant.

William Stuart Jackson, General Counsel, Jane A. Kim, Wright & Lindsey, Little Rock, AR, for Appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Pamela Harris appeals the district court's[1] adverse grant of summary judgment in her Title VII and 42 U.S.C. § 1981 action. After de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir.2011), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Pamela HARRIS, Appellant,

v.

QCA HEALTH PLAN, INC., Appellee.

No. 11–2077.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 6, 2011.

Filed: Jan. 20, 2012.

UNITED STATES of America, Appellee,

v.

Michael SOTTILARE, Appellant.

No. 11–2677.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 6, 2012.

Filed: Jan. 20, 2012.

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

1. The Honorable D. Price Marshall, United States District Judge for the Eastern District of Arkansas.